Case 3:22-cv-00048-JPB-JPM   Document 1   Filed 03/23/22   Page 1 of 2 PageID #: 1

3/21/2022

FILED

MAR 23 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

To The Honorable Judge Irene Keeley:
3:22cv48 Grah Trumble Sims

I am writing in regards to filing a motion to seek an award of Hard Time COVID credits under the Cares Act.

I have been incarcerated since 8-6-18 and was sentenced to serve 115 months on 9-11-19. I have been at SFF Hazelton since 10-3-19. On Mar. 17, 2020 inmates were put into Lockdown due to COVID-19. We were not able to utilize the phones or computers making communicating with loved ones more difficult. We were not able to take daily showers and got cleaning supplies infrequently.

During this time, we had very little access to medical services and virtually no contact with psychology services.

There was also a span of 7 days that inmates did not have access to running water. We were locked in our cells for at least 3 days, unable to flush the toilets, before portable toilets were made available. And longer without showers.

On Feb. 20, 2021 inmates were allowed out of lockdown and placed on a modified schedule. Inmates are still only limited access to medical

services as well as No outdoor recreation time

While many of these things were out of the BOP's control, being incarcerated during this has had a profound impact on my physical and mental well-being. I would like to receive Time Credit for the time between 3/17/2020 to Now 3/21/22

Thank You
Tisha Raines
16543-028
3/21/22