IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Martinsburg

**TISHA RAINES,**

      Petitioner,

v.                                                   **Civil Action No. 3:22-CV-48**
                                                    Judge Bailey

**SFF HAZELTON,**

      Respondent.

## ORDER DISMISSING CASE FOLLOWING NOTICE OF INTENT TO DISMISS

On March 23, 2022, the petitioner filed a pleading which was docketed as a § 2241 habeas petition. Because the petition was not on the Court-approved form, the Clerk of Court issued the petitioner a Notice of Deficient Pleading and Intent to Dismiss. The Notice informed the petitioner that this case would be dismissed within thirty (30) days, and if she wished to pursue her § 2241, she would have to refile her petition on the Court-approved form.

On April 14, 2022, the petitioner refiled her petition on the Court-approved form, and it was assigned Civil Action No. 5:22-CV-96. Accordingly, pursuant to the terms of the Notice, the Court **ORDERS** that this action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to mail a copy of this Order to the petitioner by certified mail, return receipt requested, to her last known address as reflected on the docket sheet.

**DATED:** April 14, 2022.

                                                             JOHN PRESTON BAILEY
                                                             **UNITED STATES DISTRICT JUDGE**